OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401603 OCT 19 2015

$ 000.27⁵

CORRECTED CCA #

8/20/2015
MANUEL, JAMES          Tr. Ct. No. 12-04566-CRF-85-A          WR-10,911-03
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

JAMES MANUEL
HODGE UNIT - TDC # 1819387          LI TF
P.O. BOX 999
RUSK, TX 75785

BN3B 75785